**Order entered December 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01120-CR

**JESUS ANDRES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 28970CC**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.


/s/     DAVID L. BRIDGES
            JUSTICE